# Exhibit 1

|   | **Work** | **CR ID #** | **Infringing Uses** |
|---|---|---|---|
| 1 | Better Together (a) | SR0000694565 | 1. https://www.youtube.com/watch?v=-mA4aXCXNw8 |
| 2 | Bright Tomorrow | SR0000718364 | 2. https://www.youtube.com/watch?v=4M6cNELD5vo <br> 3. https://www.youtube.com/watch?v=xDeKSKzeB6c <br> 4. https://www.youtube.com/watch?v=K9qiO_c61nM <br> 5. https://www.youtube.com/watch?v=nUrnqnmXj5Y |
| 3 | Cloudburst | SR0000890994 | 6. https://www.youtube.com/watch?v=RRBR_mNdo7w |
| 4 | Connected Movement | SR0000890994 | 7. https://www.youtube.com/watch?v=p4ilzaxTSOc |
| 5 | Dollar Vinyl | SR0000698792 | 8. https://www.youtube.com/watch?v=NP5ZksO3vl8 <br> 9. https://www.youtube.com/watch?v=nziPuRP4fDU |
| 6 | Driving Inspiration | SR0000956718 | 10. https://www.youtube.com/watch?v=xxtDQOOU0wc <br> 11. http://www.facebook.com/jnjnursing/videos/879352212614906/ <br> 12. https://www.youtube.com/watch?v=jWhT--llPD0 <br> 13. http://www.facebook.com/jnjnursing/videos/338219001297135/ <br> 14. http://www.facebook.com/jnjnursing/videos/2051322725027448/ <br> 15. http://www.facebook.com/jnjnursing/videos/314083760325823/ |
| 7 | Earthflow | SR0000671608 | 16. https://www.youtube.com/watch?v=LCDUI44O0bQ |
| 8 | Easy Living - 30 | SR0000931220 | 17. https://www.youtube.com/watch?v=Gl88aOwi-gY |
| 9 | Electrokinetics | SR0000635816 | 18. https://www.youtube.com/watch?v=hWxx8v09768 |
| 10 | Fertile | SR0000642175 | 19. https://www.youtube.com/watch?v=H5JVBXRo1_M <br> 20. https://www.youtube.com/watch?v=8mQcG-iIvyg <br> 21. https://www.youtube.com/watch?v=BXoK3EHmoQo <br> 22. https://www.youtube.com/watch?v=KS60Ngr5Dhw <br> 23. https://www.youtube.com/watch?v=U9Ef0MOVLNI <br> 24. https://www.youtube.com/watch?v=lhW6Gbbt-A4 <br> 25. https://www.youtube.com/watch?v=G-1CF1R4nEs <br> 26. https://www.youtube.com/watch?v=EFyiBz1twMI <br> 27. https://www.youtube.com/watch?v=rw9gopGTE7s <br> 28. https://www.youtube.com/watch?v=HkwKqLpTGRk |

| | | | |
|---|---|---|---|
| | | | 29. https://www.youtube.com/watch?v=_R64DVOa8LY |
| 11 | Groovin All Night (a) | SR0000800346 | 30. http://www.facebook.com/motrin/videos/582352358595966/ |
| | | | 31. http://www.facebook.com/motrin/videos/583535805144288/ |
| 12 | Healing Waters (A) | SR0000306125 | 32. https://www.youtube.com/watch?v=_R64DVOa8LY |
| 13 | Honey Honey (b) | SR0000807388 | 33. https://www.youtube.com/watch?v=8FI78RyjumI |
| 14 | Hype This Night (a) (60) | SR0000841283 | 34. http://www.instagram.com/p/BvUmZlfBzaQ |
| 15 | Hype This Night (b) (60) | SR0000841283 | 35. https://www.youtube.com/watch?v=3g6RAQpgweg |
| 16 | Inspiring Energy | SR0000878291 | 36. https://www.youtube.com/watch?v=nRCLFBCWxNk |
| 17 | Look Out for Something Good (b) | SR0000811645 | 37. https://www.youtube.com/watch?v=2nm7l9_YRsg |
| 18 | Passages Of Light (No Melody Guitar) | SR0000841803 | 38. https://www.youtube.com/watch?v=3S09Evt_iRY |
| 19 | Quiet Inspiration | SR0000698820 | 39. https://www.youtube.com/watch?v=Gl88aOwi-gY |
| 20 | Running High | SR0000956718 | 40. http://www.facebook.com/jnjnursing/videos/791721788381296/ |
| | | | 41. http://www.facebook.com/jnjnursing/videos/278993373947071/ |
| | | | 42. http://www.facebook.com/jnjnursing/videos/295428652171768/ |
| | | | 43. http://www.facebook.com/jnjnursing/videos/397326485264608/ |
| | | | 44. http://www.facebook.com/jnjnursing/videos/376992277489331/ |
| | | | 45. http://www.facebook.com/jnjnursing/videos/311313317470210/ |
| 21 | Stepping On Air | SR0000654010 | 46. http://www.facebook.com/bandaid/videos/10100558288766639/ |
| | | | 47. https://www.youtube.com/watch?v=nKr4UDQa_LI |
| | | | 48. http://www.facebook.com/bandaid/videos/10100558314220629/ |
| 22 | The Human Touch (a) | SR0000841443 | 49. https://www.youtube.com/watch?v=-vFn-eIr7Dg |
| | | | 50. http://www.instagram.com/p/BnFRJe6guzD |
| 23 | Things We Left Behind (a) | SR0000845305 | 51. https://www.youtube.com/watch?v=iDZaM0bvGGA |
| 24 | Utopia (a) | SR0000800257 | 52. http://www.facebook.com/JNJVision/videos/131737462483878/ |
| 25 | Warmness Guitar | SR0000963491 | 53. https://www.youtube.com/watch?v=Gl88aOwi-gY |
| | | | 54. http://www.twitter.com/JNJNursing/status/819932904981721088 |
| 26 | Where Jungle Meets Sand | SR0000838813 | 55. https://www.youtube.com/watch?v=jtEutR3eP2w |

| 27 | Wide Eyes | SR0000811645 | 56. https://www.youtube.com/watch?v=bwQhuHq_6ZU<br>57. http://www.facebook.com/jnjnursing/videos/5110802778976431/ |
| --- | --- | --- | --- |
| 28 | Wind In My Hair | SR0000864701 | 58. https://www.youtube.com/watch?v=lXvGH8aw4z4<br>59. https://www.youtube.com/watch?v=xnTZYyf1Rts<br>60. https://www.youtube.com/watch?v=VEdct1Z_j_4<br>61. https://www.youtube.com/watch?v=m53Alq6PF78<br>62. https://www.youtube.com/watch?v=ubzFmse8K18<br>63. https://www.youtube.com/watch?v=0yd0E3MmiJo<br>64. https://www.youtube.com/watch?v=kiUnbsHGCt8<br>65. https://www.youtube.com/watch?v=n-lJ6kuQucw<br>66. https://www.youtube.com/watch?v=hF9sQXoVN2k<br>67. https://www.youtube.com/watch?v=DpD949H5cS0<br>68. https://www.youtube.com/watch?v=4r9XpRsiBL8<br>69. https://www.youtube.com/watch?v=YCGE1HxNIjE<br>70. https://www.youtube.com/watch?v=T0O33Bl97yU |
| 29 | Work in Progress | SR0000878291 | 71. https://www.youtube.com/watch?v=nRCLFBCWxNk<br>72. https://www.youtube.com/watch?v=Ae6yZgZnmrc<br>73. https://www.youtube.com/watch?v=XxA-NpZUvzQ |
| 30 | Youthful Indie Energy | SR0000956718 | 74. http://www.facebook.com/jnjnursing/videos/801273513928265/<br>75. http://www.facebook.com/jnjnursing/videos/2067154236778075/<br>76. http://www.facebook.com/jnjnursing/videos/297193035253343/<br>77. http://www.facebook.com/jnjnursing/videos/1275435866185038/<br>78. http://www.facebook.com/jnjnursing/videos/474702780419960/<br>79. http://www.facebook.com/jnjnursing/videos/571015317431254/ |