NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Frank Trechsel (SBN 312199)
Johnson & Johnson LLP
439 N Canon Dr. Suite 200
Beverly Hills, CA 90210
(310)975-1080

ATTORNEY(S) FOR: Associated Production Music LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company,

Plaintiff(s),

v.

JOHNSON & JOHNSON, a New Jersey Corporation,

Defendant(s)

CASE NUMBER: 2:24-cv-7579

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ASSOCIATED PRODUCTION MUSIC LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC | Plaintiff |
| JOHNSON & JOHNSON | Defendant |

September 5, 2024
Date

/s Douglas L. Johnson
Signature

Attorney of record for (or name of party appearing in pro per):

ASSOCIATED PRODUCTION MUSIC LLC

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES